1

2

3

4

5

6

7



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )    Case No.: *SACR 18- 29 -CJC-2*

                        Plaintiff,       )    ORDER OF DETENTION PENDING
12                                       )    FURTHER REVOCATION
                    v.                   )    PROCEEDINGS
13                                       )    (FED. R. CRIM. P. 32.1(a)(6); 18
      *Andrew Bojorquez,*                )    U.S.C. § 3143(a)(1))
14                                       )
                        Defendant.       )
15    _____)

16           The defendant having been arrested in this District pursuant to a warrant

17    issued by the United States District Court for the ___*Central*___ District of

18    ___*California*___ for alleged violation(s) of the terms and conditions of probation

19    or supervised release; and

20           Having conducted a detention hearing pursuant to Federal Rule of Criminal

21    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22    A.  (X)   The defendant has not met his/her burden of establishing by clear and

23                convincing evidence that he/she is not likely to flee if released under 18

24                U.S.C. § 3142(b) or (c).  This finding is based on the following:

25                (X)   information in the Pretrial Services Report and Recommendation

26                (X)   information in the violation petition and report(s)

27                (X)   the defendant's nonobjection to detention at this time

28                (X)   other: ___*bench warrant*_____

                                      1

and/ or

B. (X)   The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the
safety of any other person or the community if released under 18 U.S.C.
§ 3142(b) or (c).  This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

(X)   the defendant's nonobjection to detention at this time

(X)   other: _Bench warrant_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated: _October 20, 2022_

_____
SHERI PYM
United States Magistrate Judge